**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02605-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

RONALD SCHROEDER,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Ronald Schroeder, currently resides in Denver, Colorado. Mr. Schroeder has filed a document with the Court asserting a failure to hire claim based on his disability.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this Order. Mr. Schroeder will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Schroeder files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X   other: In the alternative Plaintiff may pay the $400 filing fee in full

**Complaint or Petition**:

(9)   __    is not submitted
(10)  X    is not on proper form (Plaintiff must use a Court-approved form used in filing Title VII cases.)
(11)  __    is missing an original signature by Plaintiff
(12)  __    is incomplete
(13)  __    uses et al. instead of listing all parties in caption
(14)  __    names in caption do not match names in text
(15)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  X    other: Plaintiff has not identified a defendant

Accordingly, it is

    ORDERED that Mr. Schroeder cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers Mr. Schroeder files in response to this Order must include the civil action number on this Order.  It is

    FURTHER ORDERED that Mr. Schroeder shall obtain the Court-approved forms used in filing a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

    FURTHER ORDERED that if Mr. Schroeder fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

    DATED September 24, 2013, at Denver, Colorado.

                        BY THE COURT:

                        s/Boyd N. Boland
                        United States Magistrate Judge