IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02605-BNB

RONALD SCHROEDER,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendants.

## ORDER DISMISSING CASE

    Plaintiff, Ronald Schroeder, is a resident of Denver, Colorado. Mr. Schroeder initiated this action on September 23, 2013, by filing *pro se* a document with the Court asserting claims of disability discrimination (ECF No. 1). The instant action was commenced and, on September 24, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Schroeder to cure certain deficiencies if he wishes to pursue any claims in this Court in this action. Mr. Schroeder has not cured the deficiencies in this action. On October 23, 2013, Mr. Schroeder filed a letter with the Court stating that "[a]t no time have I filed a civil action in this present complaint of discrimination due to my disability" and "[n]othing in my letter. . .indicates I was filing a civil action." (ECF No. 4, at 2).

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Schroeder "may dismiss an action without a court order by filing: (I) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant in this action. Therefore, the Court will

construe Mr. Schroeder's October 23 letter as a notice of voluntary dismissal. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff's letter (ECF No. 4) filed on October 23, 2013, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 23, 2013, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  25th  day of    October   , 2013.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court